No. 304. NEW YORK *v.* IRVING TRUST CO., TRUSTEE. October 17, 1932. Petition for writ of certiorari to the

588

Circuit Court of Appeals for the Second Circuit granted. *Mr. Robert P. Beyer* for petitioner. *Mr. S. John Block* for respondent.